UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENTBRITE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>STADIUM SALFORD GROUP LIMITED, et al.,<br><br>       Defendants. | Case No. 24-cv-02979-RFL<br><br>**ORDER TO SHOW CAUSE RE: PAYMENT OF FEES AND COSTS**<br><br>Re: Dkt. No. 33 |

Defendants were ordered to pay Plaintiff Eventbrite, Inc.'s, reasonable attorney fees and costs associated with bringing Eventbrite's motion for entry of default and motion for default judgment by March 21, 2025. (Dkt. No. 33.) On March 24, 2025, Eventbrite notified the Court that it has not received any payment from Defendants. (Dkt. No. 34 ¶ 3.) Therefore, Defendants are ordered to show cause by **April 8, 2025** why they have not complied with the Court's Order. As the Court has previously advised Defendants, should they fail to make the required payment or provide a satisfactory reason for their failure to make the payment, the Court may deny their motion to set aside default without further notice. (*See* Dkt. No. 33.)

    **IT IS SO ORDERED.**

Dated: March 26, 2025

                                   RITA F. LIN<br>                                   United States District Judge